# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NJOY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JUUL LABS, INC.,<br><br>Defendant. | C.A. No. 25-1171 MN<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff NJOY, LLC hereby voluntarily dismisses all claims asserted in the above-captioned action without prejudice. Voluntary dismissal by Plaintiff without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) is appropriate because Defendant JUUL Labs, Inc. has not served upon Plaintiff either an answer or a motion for summary judgment. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: December 2, 2025

Respectfully submitted,

**FISH & RICHARDSON P.C.**

*/s/ Susan E. Morrison*
Susan E. Morrison (#4690)
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801
(302) 652-5070
morrison@fr.com

Benjamin C. Elacqua (*pro hac vice forthcoming*)
Joshua Park (*pro hac vice forthcoming*)
Mariam Khan (*pro hac vice forthcoming*)
FISH & RICHARDSON P.C.
909 Fannin Street, Suite 2100
Houston, Texas 77010
(713) 654-5300
elacqua@fr.com; jpark@fr.com; mkhan@fr.com

Michael J. McKeon (*pro hac vice forthcoming*)
Richard A. Sterba (*pro hac vice forthcoming*)
FISH & RICHARDSON P.C.
1000 Maine Ave., SW
Suite 1000
Washington, D.C. 20024
(202) 783-5070
mckeon@fr.com; sterba@fr.com

Aamir Kazi (*pro hac vice forthcoming*)
Jacqueline Tio (*pro hac vice forthcoming*)
FISH & RICHARDSON P.C.
1180 Peachtree Street., NE
21st Floor
Atlanta, Georgia 30309
kazi@fr.com; tio@fr.com
(404) 892-5005

Scott M. Flanz (*pro hac vice forthcoming*)
Alison Elkman (*pro hac vice forthcoming*)
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, New York 10036
(212) 765-5070
flanz@fr.com; elkman@fr.com

Elizabeth Ranks (*pro hac vice forthcoming*)
FISH & RICHARDSON P.C.
1 Marina Park Drive, Suite 1700
Boston, Massachusetts 02210
(617) 542-5070
ranks@fr.com

*Counsel for Plaintiff NJOY, LLC*